# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SOJKA, on behalf of herself and a class, and MARK SOJKA, | Case No. 1:12-cv-09809 |
| *Plaintiffs*, | Honorable Gary Feinerman |
| v. | |
| DIRECT BUY, INC., and DOES 1-10, | |
| *Defendants*. | |
| DANIEL HARTOWICZ, individually and on behalf of all others similarly situated, | Case No. 1:13-cv-01710 |
| *Plaintiff*, | Honorable Samuel Der-Yeghiayan |
| v. | |
| DIRECTBUY, INC., an Indiana corporation, | |
| *Defendant*. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, March 20, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead, in Courtroom 2125 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present ***Plaintiff Hartowicz's Motion to Relate Pursuant to Local Rule 40.4***.

                                            Respectfully submitted,

                                            **DANIEL HARTOWICZ**, individually and
                                            on behalf of all others similarly situated,

Dated: March 14, 2013                  By:  /s/ Benjamin H. Richman
                                                            One of Plaintiff's Attorneys

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
Christopher L. Dore
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
cdore@edelson.com

## **CERTIFICATE OF SERVICE**

    I, Benjamin H. Richman, an attorney, hereby certify that on March 14, 2013, I served the above and foregoing *Notice of Motion*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 14th day of March 2013.

                                                            /s/ Benjamin H. Richman