**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE SOJKA, DANIEL HARTOWICZ, and KENYATTA GILLIAM, on behalf of themselves and all others similarly situated, and MARK SOJKA,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIRECTBUY, INC., an Indiana corporation, and DOES 1-10,<br><br>*Defendants*. | Case No. 1:12-cv-09809<br><br>*Related to:*<br>Case No. 1:13-cv-01710<br>Case No. 1:13-cv-02786<br>Case No. 1:13-cv-04343<br><br>Honorable Gary Feinerman |

**JOINT STATUS REPORT**

Pursuant to the Court's April 23, 2014 Minute Order (Dkt. 122), Plaintiffs Stephanie Sojka, Mark Sojka, Daniel Hartowicz, and Kenyatta Gilliam ("Plaintiffs") and DirectBuy Inc. ("DirectBuy" and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit the following Joint Status Report and state as follows:

The Parties participated in a full-day mediation session before the Honorable Morton Denlow (ret.) of JAMS (Chicago) on June 7, 2014. The Parties made significant progress during the mediation, and, by conclusion, had reached a settlement in principle that would resolve the claims of the putative classes in this case. DirectBuy is now in the process of obtaining board approval of the agreement reached at the mediation and the Parties are gathering contact information for potential settlement class members from third parties. In the meantime, Plaintiffs have begun preparing the necessary settlement papers in the likely event that DirectBuy's board approves the settlement.

In light of the foregoing, the Parties respectfully request that the Court continue the

1

status currently set for July 8, 2014 until August 12, 2014 (or such other date that is convenient for the Court) to allow them the additional time necessary to obtain DirectBuy's board approval, to gather the necessary information from third parties and to finalize their settlement papers.

Respectfully submitted,

**STEPHANIE SOJKA, DANIEL HARTOWICZ,** and **KENYATTA GILLIAM**, individually and on behalf of all others similarly situated, and **MARK SOJKA**,

July 1, 2014

By: /s/ Benjamin H. Richman
  *Counsel for Daniel Hartowicz*

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589-6370
Fax: 312.589.6380

By: /s/ Heather A. Kolbus
  *Counsel for Stephanie and Mark Sojka*

Daniel A. Edelman
dedelman@edcombs.com
Cathleen M. Combs
ccombs@edcombs.com
James O. Latturner
jlatturner@edcombs.com
Heather A. Kolbus
hkolbus@edcombs.com
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th floor
Chicago, Illinois 60603

Tel: 312.739.4200

By: /s/ Kas L. Gallucci
    *Counsel for Kenyatta Gilliam*

Douglas J. Campion
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091

Ronald A. Marron
ron@consumersadvocates.com
Skye Resendes
skye@consumersadvocates.com
Alexis M. Wood
alexis@consumersadvocates.com
Kas L. Gallucci
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006

**DIRECTBUY, INC.**,

July 1, 2014

By: /s/ Martin W. Jaszczuk
    *Counsel for DirectBuy, Inc.*

Thomas J. Cunningham
tcunningham@lockelord.com
Martin W. Jaszczuk
mjaszczuk@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: 312.443.0610

## CERTIFICATE OF SERVICE

       I, Eve-Lynn J. Rapp, an attorney, hereby certify that on July 1, 2014, I served the above and foregoing ***Joint Status Report***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 1st day of July 2014.

                                            /s/ Eve-Lynn J. Rapp